UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE APPLICATION OF Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company,<br><br>For Order Pursuant to 28 U.S.C. § 1782 for the Issuance of Subpoenas to Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq. | Misc. Civil Action No _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR THE ISSUANCE OF SUBPOENAS TO CITIBANK NA, HSBC BANK USA NA, CADWALADER, WICKERSHAM & TAFT LLP, AND JONATHAN WAINWRIGHT, ESQ.

Based on the concurrently filed Memorandum of Law in Support of *Ex Parte* Application for Discovery Pursuant to 28 U.S.C. § 1782, the Declaration of Ethan Schiff dated February 9, 2021 and exhibits thereto, and the Declaration of Jonathan S. Sack dated February 10, 2021 (the "Sack Declaration") and exhibits thereto, Applicants apply to this Court for an Order pursuant to 28 U.S.C. § 1782(a) granting them leave to serve the subpoenas attached to the Sack Declaration on Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq.

Dated: New York, New York
February 11, 2021

Respectfully submitted,

MORVILLO, ABRAMOWITZ, GRAND, IASON, & ANELLO PC

By:   /s/ *Jonathan S. Sack*
     Jonathan S. Sack
     Joshua Bussen

565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax: (212) 856-9494
Email: jsack@maglaw.com
         jbussen@maglaw.com

*Attorneys for Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company*