## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9410
jsack@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 2, 2021

**VIA ECF FILING**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Sakab Saudi Holding Co.*, No. 21-mc-176 (S.D.N.Y.)

Dear Judge Torres:

      We represent the applicants in this action, which seeks authorization to serve four subpoenas duces tecum pursuant to 28 U.S.C. § 1782. Together with the application, we submitted proposed subpoenas with a return date of March 3, 2021. *See* Dkt. No. 3. Given that the March 3 return date is no longer feasible, yesterday my colleague, Joshua Bussen, Esq., spoke with a law clerk in Chambers. It was suggested that new proposed subpoenas, with the return dates left blank, be submitted to the Court.

      Accordingly, we submit herewith new proposed subpoenas. We are also filing an updated proposed order, which reflects the submission of new proposed subpoenas.

                                                Respectfully submitted,

                                                *Jonathan S. Sack*

                                                Jonathan S. Sack

Enclosures