# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE APPLICATION OF Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company,<br><br>For Order Pursuant to 28 U.S.C. § 1782 for the Issuance of Subpoenas to Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq. | Misc. Civil Action No. 21-mc-176 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR THE ISSUANCE OF SUBPOENAS TO CITIBANK NA, HSBC BANK USA NA, CADWALADER, WICKERSHAM & TAFT LLP, AND JONATHAN WAINWRIGHT, ESQ.

WHEREAS, the application of the Applicants for an order pursuant to 28 U.S.C. § 1782 authorizing the issuance of subpoenas to Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq., came on *ex parte*;

WHEREAS, on January 22, 2021, the Applicants obtained an order from the Honorable Justice Gilmore of the Superior Court of Justice, Ontario (the "January 22 Order"), requiring certain entities and people—including Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq.—to produce specific records, and requesting judicial assistance from, *inter alia*, this Court to give effect to her order;

WHEREAS, by the Application, the Applicants seek to give effect to the January 22 Order by authorizing them to serve subpoenas on Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq.;

WHEREAS, the Applicants seek to serve these subpoenas to obtain documents in aid of a civil action already filed in the Superior Court of Justice, Ontario against certain individuals;

WHEREAS, under the terms of the January 22 Order, the Applicants shall pay the reasonable costs incurred in complying with the terms of any subpoena.

**IT IS HEREBY ORDERED**, that

1. The Application is GRANTED, and the Applicants may serve the subpoenas attached as Exhibits 1 through 4 to the Declaration of Jonathan S. Sack, Esq., dated February 10, 2021, as updated in a filing with the Court on March 2, 2021 (the "Subpoenas"), on the Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq.

2. The Applicants shall pay the reasonable costs incurred by Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq. in responding to the Subpoenas.

Dated: _____, 2021
       New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF SAKAB SAUDI HOLDING COMPANY, ALPHA STAR AVIATION SERVICES COMPANY, ENMA AL ARED REAL ESTATE INVESTMENT AND DEVELOPMENT COMPANY, KAFA'AT BUSINESS SOLUTIONS COMPANY, SECURITY CONTROL COMPANY, ARMOUR SECURITY INDUSTRIAL MANUFACTURING COMPANY, SAUDI TECHNOLOGY & SECURITY COMPREHENSIVE CONTROL COMPANY, TECHNOLOGY CONTROL COMPANY, NEW DAWN CONTRACTING COMPANY, AND SKY PRIME INVESTMENT COMPANY,

For Order Pursuant to 28 U.S.C. § 1782 for the Issuance of
Subpoenas to Citibank NA, HSBC Bank USA NA,
Cadwalader, Wickersham & Taft LLP, and Jonathan
Wainwright, Esq.

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR THE ISSUANCE OF SUBPOENAS TO CITIBANK NA, HSBC BANK USA NA, CADWALADER, WICKERSHAM & TAFT LLP, AND JONATHAN WAINWRIGHT, ESQ.**

**MORVILLO, ABRAMOWITZ, GRAND, IASON & ANELLO, P.C.**
*Attorneys for Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company*
**565 Fifth Avenue
New York, New York 10017
(212) 856-9600**

3