**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company, <br><br> For Order Pursuant to 28 U.S.C. § 1782 for the Issuance of Subpoenas to Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq. | Case No. 1:21-mc-00176-AT <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, New East (US) Inc., New East 804 805 LLC, New East Back Bay LLC, and New East DC LLC, by their counsel, submit the following Corporate Disclosure Statement:

New East DC LLC is a privately held company owned by New East International Limited. New East (US) Inc. is a privately held company owned by New East International Limited. New East 804 805 LLC and New East Back Bay LLC are each privately held companies owned by New East (US) Inc., which, in turn, is owned by New East International Limited. No publicly held corporation owns more than 10% of the stock of New East (US) Inc., New East 804 805 LLC, New East Back Bay LLC, or New East DC LLC.

|  |  |
|---|---|
| Dated: New York, NY<br>April 28, 2021 | Respectfully submitted,<br><br>SELENDY & GAY PLLC<br><br>By:  /s/     *Faith E. Gay*<br>Faith E. Gay<br>Caitlin J. Halligan<br>Joshua S. Margolin<br>Margaret Larkin<br>Claire O'Brien<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel: 212-390-9000<br>fgay@selendygay.com<br>challigan@selendygay.com<br>jmargolin@selendygay.com<br>mlarkin@selendygay.com<br>cobrien@selendygay.com<br><br>*Attorneys for New East (US) Inc., New East 804 805 LLC, New East Back Bay LLC, and New East DC LLC* |