```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF Sakab Saudi Holding Company, Alpha Star Aviation Services Company, Enma Al Ared Real Estate Investment and Development Company, Kafa'at Business Solutions Company, Security Control Company, Armour Security Industrial Manufacturing Company, Saudi Technology & Security Comprehensive Control Company, Technology Control Company, New Dawn Contracting Company, and Sky Prime Investment Company,

For an Order Pursuant to 28 U.S.C. § 1782 for the Issuance of Subpoenas to Citibank NA, HSBC Bank USA NA, Cadwalader, Wickersham & Taft LLP, and Jonathan Wainwright, Esq.

21 Misc. 176 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **August 24, 2022**, the parties shall file a joint letter outlining the status of the underlying Canadian proceeding.

SO ORDERED.

Dated: August 12, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge